UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,                          **MEMORANDUM**
                                                    and **ORDER**
                        Plaintiff,

          - against -                               04-CR-774 (TCP)

ASTRA MOTOR CARS, et al.,

                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

PLATT, District Judge

               In light of the discovery conference held January 3, 2006, this

Court orders the following:  (i) On or before February 6, 2006 the Government

must either return all original documents seized from Defendants or make a copy

of all such documents and produce the copies to Defendants; and (ii) On or before

February 13, 2006 the Government must furnish counsel for the ten (10)

individual Defendants with a list of witnesses the Government will attempt to call

in its direct case.



**SO ORDERED**.


                                    /S/_____
                                    Thomas C. Platt, U.S.D.J.


Dated: Central Islip, New York
January 3, 2006